EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

MARK E. RECKTENWALD
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2002

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00163 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [8 U.S.C. § 1326] |
| ) | |
| JULIO BAILLON-MACHUCA, ) | |
| also known as Antonio ) | |
| Paredes, Antonio Castello ) | |
| Paredes, Julio Ballon, ) | |
| Julio Baillon, Julio ) | |
| Baillon Castillo, and ) | |
| Julio Seferino, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about July 18, 1997, in the District of Hawaii, the Defendant, JULIO BAILLON-MACHUCA, also known as Antonio Paredes, Antonio Castello Paredes, Julio Ballon, Julio Baillon,

Julio Baillon Castillo, and Julio Seferino, an alien who had previously been deported and removed from the United States subsequent to being convicted for the commission of an aggravated felony, was found in the United States, having knowingly reentered the United States without having first obtained the consent of the Attorney General of the United States to reapply for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

DATED: April 25, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
MARK E. RECKTENWALD
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. JULIO BAILLON-MACHUCA
"Indictment"

2